James P. Laurick, OSB No. 821530
jlaurick@kilmerlaw.com
Kilmer, Voorhees & Laurick, P.C.
732 NW 19th Avenue
Portland, Oregon 97209
Telephone: (503) 224-0055
Fax: (503) 222-5290

Attorneys for Defendant Bank of America, N.A.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CLEVELAND TENNELL and WEST COAST LOADERS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, NA, <br><br> Defendant. | Case No. 3:19-cv-01520-SI <br><br> **GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Based on the parties' Stipulation to Judgment of Dismissal with Prejudice filed with the court on July 8, 2020,

IT IS HEREBY ADJUDGED that this lawsuit is dismissed in its entirety, with prejudice, and without an award of fees or costs to any party.

DATED: _July 8, 2020_

_____
Michael H. Simon, District Court Judge

Page 1 - GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290